**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| ALIAN ASENCIO, ARACELIS VELEZ CRUZ, DENISE NIEVES, YARITZA DE JESUS LOPEZ, ROSA RIVERA, ANGEL LAURIANO MUÑOZ DE JESUS, BETHZAIDA CRESPO VICENTE, and IRIS OTERO, on behalf of themselves and all similarly situated individuals,<br><br>      Plaintiffs,<br>  -against-<br><br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, WILLIAM BROCK LONG, THOMAS VAN ESSEN, and ALEJANDRO DE LA CAMPA,<br><br>      Defendants. | Civil Action No.<br>4:18-CV-40111-TSH |

---

DEFENDANTS' MOTION FOR LEAVE TO CORRECT
A MISSTATEMENT IN THEIR OPPOSITION TO PLAINTIFFS' REQUEST
FOR A CONTINUING TEMPORARY RESTRAINING ORDER AND/OR
PRELIMINARY INJUNCTION

Defendants, by and through their attorney, Andrew E. Lelling, United States Attorney for

the District of Massachusetts, seek leave to file a corrected brief that makes a minor change to

the original brief filed on July 13, 2018.  Subsequent to that filing, FEMA became aware that the

date the cost-share arrangement between FEMA and the Commonwealth of Puerto Rico changed

was May 18, 2018, not June 30, 2018 as previously indicated. Accordingly, the proposed

amended brief makes the following changes on page 9:

The original language

"The end of the TSA program also aligned with the end of the 100% cost share
between FEMA and Puerto Rico, which was extended by the President for 240

days from the disaster declaration and is now a 90% FEMA / 10% Puerto Rico share in the costs for certain types of "emergency work,"[4] which includes the TSA program. This cost share means that, effective June 30, 2018, the Commonwealth of Puerto Rico is responsible for covering 10% of the cost of all emergency work, including the TSA program."

The substituted language

"Additionally, the 240 day extension of the 100% cost-share for category B work, which is what the TSA program falls under, ended on May 18, 2018.  This means that, effective May 18, 2018, the Commonwealth of Puerto Rico is responsible for 10% of the cost of the TSA program, and FEMA will fund the remaining 90% of the associated costs."


WHEREFORE, based on a minor correction to Defendants' Opposition to Plaintiffs'

Request for a Continuing Temporary Restraining Order and/or Preliminary Injunction,

Defendants seek leave to amend their Opposition.

> Respectfully submitted,
>
> ANDREW E. LELLING,
> United States Attorney
>
> By:    */s/ Rayford A. Farquhar*
> Rayford A. Farquhar (BBO #560350)
> Assistant U.S. Attorney
> U.S. Attorney's Office
> One Courthouse Way
> Boston, MA  02210
> (617) 748-3100
> Rayford.farquhar@usdoj.gov


**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 19, 2018.

> */s/ Rayford A. Farquhar*
> Rayford A. Farquhar
> Assistant U.S. Attorney